AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ALBERTO ANAYA <br><br> *Plaintiff(s)* <br> v. <br><br> A & S ENTERTAINMENT. LLC <br> d/b/a THE OFFICE MIAMI BEACH <br> CLAUDETTE M. PIERRE, <br> GREGORY PIERRE individually <br> *Defendant(s)* | Civil Action No. <br><br> 15cv23562-FAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GREGORY PIERRE
250 NE 183RD ST.
MIAMI, FL 33179

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   The Law Offices of Zandro E. Palma, P.A
9100 S. Dadeland Blvd.
Suite 1500
Miami, FL 33157

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

Date:  Sep 23, 2015

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

ALBERTO ANAYA

*Plaintiff(s)*

v.

A & S ENTERTAINMENT. LLC
d/b/a THE OFFICE MIAMI BEACH
CLAUDETTE M. PIERRE,
GREGORY PIERRE individually

*Defendant(s)*

Civil Action No. 15cv23562-FAM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* A & S ENTERTAINMENT. LLC
d/b/a THE OFFICE MIAMI BEACH
Through Its Registered Agent
CLAUDETTE M.PIERRE
250 NE 183RD ST.
MIAMI, FL 33179

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   The Law Offices of Zandro E. Palma, P.A
9100 S. Dadeland Blvd.
Suite 1500
Miami, FL 33157

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date:   Sep 23, 2015   _____

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| ALBERTO ANAYA | ) |
| --- | --- |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| A & S ENTERTAINMENT. LLC d/b/a THE OFFICE MIAMI BEACH CLAUDETTE M. PIERRE, GREGORY PIERRE individually | ) 15cv23562-FAM |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CLAUDETTE M.PIERRE
250 NE 183RD ST.
MIAMI, FL 33179

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   The Law Offices of Zandro E. Palma, P.A
9100 S. Dadeland Blvd.
Suite 1500
Miami, FL 33157

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date:   Sep 23, 2015

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts