UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 15-23562-CIV-MORENO**

ALBERTO ANAYA and other similarly
situated individuals,

        Plaintiff,

vs.

A&S ENTERTAINMENT, LLC.,
CLAUDETTE M. PIERRE, and
GREGORY PIERRE,

        Defendants.
_____/

## **FINAL JUDGMENT**

THIS CAUSE came before the Court upon Plaintiff's Motion for Default Final Judgment Against Defendants A&S Entertainment, LLC. d/b/a/ The Office Miami Beach, Claudette M. Pierre, and Gregory Pierre (D.E. 14) and the Order Granting Plaintiff's Motion for Default Judgment (D.E. 12).

THE COURT has considered the motion and the pertinent portions of the record, and being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

(1)    Judgment is entered in favor of Plaintiff ALBERTO ANAYA and against Defendants A&S ENTERTAINMENT, LLC. d/b/a THE OFFICE MIAMI BEACH, CLAUDETTE M. PIERRE, and GREGORY PIERRE.

(2)    Plaintiff shall recover from Defendants $7,708.00 in unpaid Federal minimum wage and unpaid overtime.

2

**(3)** This Judgment shall bear interest at a rate of 0.13% interest per annum from today, for which let execution issue.

**(4)** All other pending motions are **DENIED AS MOOT**, and the Clerk of the Court is directed to **CLOSE** this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd of March, 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record