UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-cv-23562-FAM

ALBERTO ANAYA
and other similarly-situated individuals,

    Plaintiff (s),

v.

A & S ENTERTAINMENT. LLC
d/b/a THE OFFICE MIAMI BEACH
CLAUDETTE M. PIERRE,
GREGORY PIERRE individually,

    Defendants,
_____ /

## **PLAINTIFF'S NOTICE OF SATISFACTION OF JUDGEMENT**

Plaintiff ALBERTO ANAYA by and through undersigned counsel, hereby acknowledge satisfaction in full of the Final Judgement entered on March 23, 2016, against Defendants A & S ENTERTAINMENT, LLC d/b/a THE OFFICE MIAMI BEACH, CLAUDETTE M. PIERRE, and GREGORY PIERRE.

The Clerk of the Court is hereby authorized and requested to enter a full satisfaction of judgment of record.

Dated: September 14, 2016.

          Respectfully submitted,

          ZANDRO E. PALMA, P.A.
          *Attorney for PLAINTIFFS*
          9100 S. Dadeland Blvd. Suite 1500
          Miami, FL 33156
          Telephone: (305) 446-1500
          Facsimile: (305) 446-1502

          By: /s/ Zandro E. Palma, Esq.
          Zandro E. Palma, Esq.
          Florida Bar No.: 24031

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Zandro E. Palma
Zandro E. Palma, Esq.
Florida Bar No.: 0024031
9100 S. Dadeland Blvd. Suite 1500
Miami, FL 33156
Miami, Florida 33133
Telephone: (305) 446-1500
Facsimile: (305) 446-1502

## SERVICE LIST
## CASE NO.: 1:15-cv-23562-FAM

A & S ENTERTAINMENT. LLC
d/b/a THE OFFICE MIAMI BEACH
250 NE 183RD ST.
MIAMI, FL 33179
*Defendant*

CLAUDETTE M. PIERRE
250 NE 183RD ST.
MIAMI, FL 33179
*Defendant*

GREGORY PIERRE
250 NE 183RD ST.
MIAMI, FL 33179
*Defendant*

Zandro E. Palma Esq.
ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd. Suite 1500
Miami, FL 33156
Telephone: (305) 446-1500
Facsimile: (305) 446-1502
E-mail: zep@thepalmalawgroup.com
*Counsel for Plaintiff*